**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1713**

_____

DORAN BOWERS,

             Plaintiff - Appellant,

      v.

RORY PERRY; ROBIN DAVIS; BRENT BENJAMIN; MARGARET WORKMAN;
MENIS KETCHUM; ALLEN LOUGHRY; THE STATE OF WEST VIRGINIA;
GREGORY HILTON; PETER KRAUSER; ALEXANDER WRIGHT; ALBERT
MATRICCIANI; CHARLES MOYLAN; LAWRENCE RODOWSKY; ROBERT BELL;
MARY ELLEN BARBERA; GLEN HARELL; LYNNE BATTAGLIA; CLAYTON
GREENE; SALLY ATKINS; ROBERT MCDONALD; SHIRLEY WATTS, and;
THE STATE OF MARYLAND; KATTHLEEN COX,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
District Judge.  (2:14-cv-27242)

_____

Submitted:  November 17, 2016       Decided:  November 21, 2016

_____

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Doran Bowers, Appellant Pro Se.  Teresa Jean Lyons, HEDGES &
LYONS, PLLC, Morgantown, West Virginia; Michele J. McDonald,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doran Bowers appeals the district court's orders adopting the magistrate judge's recommendation and dismissing with prejudice Bowers' civil action, and denying Bowers' Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bowers v. Perry, No. 2:14-cv-27242 (S.D.W. Va. Sept. 28, 2015 & June 16, 2016). We deny Bowers' motions to correct the docket, to recuse the Clerk of Court, and to amend or correct prior orders entered by the Clerk. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED